# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF ARKANSAS
# FAYETTEVILLE DIVISION

UNITED STATES OF AMERICA     PLAINTIFF

V.     CASE NO. 5:13-CR-50027-003

NOE RODRIGUEZ-RAMIREZ     DEFENDANT

## ORDER

Now pending before the Court is the Report and Recommendation ("R&R") (Doc. 124) of Magistrate Judge Erin L. Wiedemann, filed on June 20, 2018. Objections to the R&R were originally due by July 9, 2018. On the due date, Defendant filed a Motion for Extension of Time to File Objections (Doc. 125), which was granted in a text-only order issued on July 10, 2018. Accordingly, the Defendant was given until August 10, 2018, to file objections to the R&R. Instead of doing so, however, Defendant filed a Motion for Desposition [sic] Upon Written Questions and Order Declaring Attorney-Client Privilege Waived (Doc. 127) on July 30, 2018. The Motion is improper and is **DENIED**. Further, the Motion does not reference the R&R and contains no objections to the R&R's findings that would trigger *de novo* review by this Court.

The Magistrate Judge recommends denying Defendant's *pro se* Amended 28 U.S.C. § 2255 Motion (Doc. 117) because it was untimely filed. The Court agrees with the Magistrate Judge's reasoning and recommendation and observes that Defendant failed to address this basis for dismissal in his Motion for Disposition (Doc. 127).

**IT IS THEREFORE ORDERED** that the R&R (Doc. 124) is **ADOPTED IN ITS ENTIRETY**. The Amended 28 U.S.C. § 2255 Motion (Doc. 117) is **DENIED**, and the matter

is **DISMISSED WITH PREJUDICE**. In addition, for the reasons set forth in the R&R, a certificate of appealability is not warranted, and it will be denied if filed in the future.

**IT IS SO ORDERED** on this 14th day of August, 2018.

                                      TIMOTHY L. BROOKS
                                      UNITED STATES DISTRICT JUDGE